No. 534. PEOPLE OF PORTO RICO ET AL., APPELLANTS, *v.* CARLOS TAPIA. Appeal from the District Court of the United States for the District of Porto Rico. Argued January 17, 18, 1918. Decided January 21, 1918. *Per Curiam.* Judgment reversed upon the authority of *Downes* v. *Bidwell,* 182 U. S. 244; *Hawaii* v. *Mankichi,* 190 U. S. 197; *Dorr* v. *United States,* 195 U. S. 138; *Rassmussen* v. *United States,* 197 U. S. 516; *Kopel* v. *Bingham,* 211 U. S. 468; *Dowdell* v. *United States,* 221 U. S. 91; *Porto Rico* v. *Rosaly,* 227 U. S. 270, 274; *Ocampo* v. *United States,* 234 U. S. 91, 98. *Mr. Edward S. Bailey, Mr. Samuel T. Ansell, Mr. Assistant Attorney General Warren* and *Mr. Robert Szold* for appellants. *Mr. Willis Sweet* and *Mr. Francis H. Dexter* for appellee.